UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

IN RE DMCA SUBPOENA TO X CORP.

Case No. 1:26MC01819 UA

DECLARATION IN SUPPORT OF ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)

DECLARATION OF KEVIN SHUAI ISO ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)

I, Kevin Shuai, the undersigned, declare that:

1.      I am the Vice President of Content Protection & Rights for Paramount Pictures Corporation ("Paramount").  As part of my duties, I am responsible for monitoring and addressing infringement of copyright rights owned by Paramount and its affiliates.

2.      I submit this declaration in support of Paramount's request for issuance to X Corp. ("X") of a subpoena, pursuant to the DMCA, 17 U.S.C. § 512(h), to identify individual(s) who published content on X's systems that infringed copyrighted works owned by Paramount.  I am authorized to act on Paramount's behalf in this matter.  I have personal knowledge of the facts contained herein and, if called upon to do so, I could and would testify competently thereto.

3.      On April 12, 2026, I submitted a notification to X identifying two posts that were published by the X account, @ImStillDissin, which infringed Paramount's copyright in the unreleased motion picture, *The Legend of Aang: The Last Airbender*.  The notification provided all information required by 17 U.S.C. § 512(c)(3)(A).  A copy of the notification is attached hereto as **Exhibit 1.**

4.      Paramount is requesting issuance of a subpoena that would order X to disclose identifying information for the individual(s) who operate the X account, @ImStillDissin, including the individual(s)' names, physical addresses, IP addresses, telephone numbers, and e-mail addresses.

5.      The purpose for which this subpoena is sought is to obtain the identities of the alleged infringer(s) who have exploited exclusive rights in copyrighted works, without the copyright owners' authorization.  The information obtained through this subpoena will only be used for the purposes of protecting the copyright owners' rights under U.S. Code, Title 17.

DECLARATION OF KEVIN SHUAI ISO ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information or belief.

Executed at Los Angeles. California. on April 24, 2026.

_____
Kevin Shuai

DECLARATION OF KEVIN SHUAI ISO ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)

# EXHIBIT 1

| | |
|---|---|
| **From:** | X Legal Support |
| **Subject:** | LEGAL-2362498: DMCA – Authorized representative |
| **Date:** | Sunday, April 12, 2026 9:20:29 AM |

External Email

Reply above this line.

Hello,

This is an auto-confirmation that we have received your copyright report. X will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on X:

1. X account publishing links to free downloads of copyright protected materials

2. X account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a X account background or profile image, or posts containing links to unauthorized publication of copyright protected materials, most likely, it is not a X copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.x.com/rules-and-policies/x-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on X please refer to the X rules here: https://help.x.com/rules-and-policies/x-rules.

Thanks,

X

---------------------------------------------- Your ticket number: LEGAL-2362498

Copyright owner:

> Paramount Pictures Corporation

Name:

> Kevin Shuai

Company:

> Paramount Pictures Corporation

Job title:

> VP, IP & Content Protection

Email:

> content_protection@paramount.com

Address:

> 5555 Melrose Ave

City:

> Hollywood

State/Province:

> CA

Postal code:

> 90038

Phone (optional):

> 3239565555

Fax (optional):

> [Empty]

Where is this infringement happening?

> X

Description of original request:

> Paramount Pictures unreleased film "The Legend of Aang: The Last Airbender"

Links to original work:

> https://www.imdb.com/title/tt18259538/?ref_=nv_sr_srsg_0_tt_7_nm_1_in_0_q_aang

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):

> https://x.com/ImStillDissin/status/2043197652196884718?s=20

> https://x.com/ImStillDissin/status/2043253309268783108

Reported content:

> Video/Audiovisual Recording

Description of infringement:

> The above links are offering copyrighted content without the permission of the rights holders. Please expediously remove.

512(f) Acknowledgement:

> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:

> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:

> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:

> Kevin Shuai

Country

> US